IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Laura Blake-Orr, ) | |
| ) | C/A No. 3:16-1756-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| SCANA Services, Inc., d/b/a SCANA ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on motion of J. Lewis Cromer and Shannon M. Polvi ("Counsel"), on behalf of themselves and of the firm of Cromer Babb Porter & Hicks, LLC, to be relieved as counsel for Plaintiff Laura Blake-Orr. The motion was filed on May 17, 2017. Counsel indicate that there has been a break down in the attorney-client relationship. In accordance with Local Civil Rule 83.I.07, D.S.C., Counsel (1) provided the court with a mailing address and phone number for Plaintiff; and (2) confirmed that Plaintiff had been provided with a copy of the motion and an explanation of her right to object. Plaintiff responded to counsel's motion on June 23, 2017. Plaintiff does not object to counsel's withdrawal from representation, but asks the court to stay deadlines in order to allow her to obtain new counsel.

The within matter was closed by Rubin Order on March 9, 2017, as the court was informed the case had settled. On May 10, 2017, the court stayed the Rubin Order to allow completion of the settlement. It now appears that Plaintiff may wish to withdraw from the settlement agreement.

Based on the information before it, the court **grants** counsel's motion to be relieved as

counsel (ECF No. 49). The court further **vacates** the Rubin Order (ECF No. 43), without prejudice. The Clerk of Court is directed to reopen the case and restore it to the docket. Plaintiff should notify the court no later than July 31, 2017, of substitute counsel or that she intends to proceed pro se.

**PLAINTIFF IS CAUTIONED THAT SHOULD SHE FAIL TO TIMELY COMPLY WITH THIS ORDER, SHE COULD BE SUBJECT TO SANCTIONS, INCLUDING DISMISSAL OF HER COMPLAINT FOR FAILURE TO PROSECUTE PURSUANT TO FED. R. CIV. P. 41(B).**

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

June 30, 2017